UNITED STATES DISTRICT COURT
FOR THE NEW HAMPSHIRE

|  |  |
|---|---|
| IN RE APPLICATION OF THE  )<br>UNITED STATES OF AMERICA FOR  )<br>AN ORDER PURSUANT TO  )<br>18 U.S.C. § 2703(d)  )<br>  ) | MISC. NO. 1:22-mc-19-AJ<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Google, an electronic communications service provider and/or a remote computing service located in Mountain View, CA, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Google shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED that Google shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account(s) listed in Attachment A, or to any other person, until one year from the date of this Order, except that Google may disclose this Order to an attorney for Google for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

4/18/2022
Date

Andrea K. Johnstone
United States Magistrate Judge

## ATTACHMENT A

You are to provide the following non-content information in electronic format to Special Agent Rebecca Preston of the Federal Bureau of Investigation:

A list of accounts ("Requested Accounts") that viewed and/or interacted with the YouTube URL (the "Target URL") listed below during the time frame listed below.

| URL | Time Frame |
| --- | --- |
| https://www.youtube.com/watch?v=F5spMfYswHY | May 3, 2021 from 01:00 ET to 05:00 ET |
| https://www.youtube.com/watch?v=F5spMfYswHY | March 5, 2022 from 21:00 ET to 23:59 ET |
| https://www.youtube.com/watch?v=mfai4JPF5K4 | March 18, 2022 from 19:00 ET to 23:00 ET |
| https://www.youtube.com/watch?v=mfai4JPF5K4 | March 19, 2022 from 20:00 ET to 23:00 ET |
| https://www.youtube.com/watch?v=mfai4JPF5K4 | April 3, 2022 from 19:00 ET to 21:00 ET |
| https://www.youtube.com/watch?v=sLSPjF2BgFE | March 19, 2022 from 20:00 ET to 23:00 ET |
| https://www.youtube.com/watch?v=4Ydhiw8I9Ao&t=0s | April 4, 2022 from 18:00 ET to 21:00 ET |
| https://www.youtube.com/bostonandmainelive | May 3, 2021 from 01:00 ET to 05:00 ET<br><br>March 5, 2022 from 21:00 ET to 23:59 ET<br><br>March 18, 2022 from 19:00 ET to 23:00 ET<br><br>March 19, 2022 from 20:00 ET to 23:00 ET<br><br>April 3, 2022 from 19:30 ET to 21:00 ET<br><br>April 4, 2022 from 18:00 ET to 21:00 ET |

For each of the Requested Accounts please provide:

1) All Dates/Times the Requested Accounts viewed and/or interacted with the Target URL

2) All subscriber identifying information, including, but not limited to:

   a. name
   b. username or other subscriber identity or number
   c. address
   d. primary and alternate telephone numbers
   e. primary and alternate email addresses
   f. date of birth
   g. social security number
   h. any temporarily assigned network address
   i. MAC address
   j. Browser and operating system information

3) Records of session times and durations and any IP addresses used by the subscriber(s) at the beginning, end, and at any time during these sessions;

4) Length of service (including start date) and types of service utilized;

5) Means and source of payment for services (including any credit card or bank account number);

6) Account notes and logs, including any customer-service communications or other correspondence with the subscriber; and

7) Investigative files or user complaints concerning the subscriber, account, or email address.

8) Device Information. Any information identifying the device or devices used to access each of the Subject Accounts, including a device serial number, a GUID or Global Unique Identifier, a phone number, serial numbers, MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"), and any other information regarding the types of devices used to access each of the Subject Accounts;

9) Information Regarding Linked Accounts, Including Accounts Linked by Cookie. Any information identifying accounts that are associated or connected to the Subject Accounts, including specifically by Cookie, email account, phone number, Google Account ID, Android ID, or other account or device identifier.

SA Rebecca Preston 750 Exeter Road, Hampton, NH 03842; 603-422-0500 (office); or rjpreston@fbi.gov (email)
**PLEASE PROVIDE IN ELECTRONIC FORMAT IF POSSIBLE**

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Google, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Google. The attached records consist of _____ _____ [generally describe records (pages/CDs/megabytes)]. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google, and they were made by Google as a regular practice; and

    b.    such records were generated by an electronic process or system of Google that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by Google, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                                  Signature